No. 05–6802. SPRAGUE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6804. VILLARINO-PACHECO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6807. VALENCIA-QUINTANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6808. WASIELAK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1631. HAMILTON COUNTY DEPARTMENT OF ADULT PROBATION ET AL. *v.* CASH ET AL. C. A. 6th Cir. Motion of respondent Philip Garcia for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1668. FLORIDA *v.* MATHESON. Dist. Ct. App. Fla., 2d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–121. CELEBRITY CRUISES, INC., ET AL. *v.* DOE. C. A. 11th Cir. Motion of International Council of Cruise Lines for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–182. WISCONSIN *v.* MOECK. Sup. Ct. Wis. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–198. NOKIA, INC., ET AL. *v.* NAQUIN ET AL.; and
No. 05–207. CELLCO PARTNERSHIP ET AL. *v.* PINNEY ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE O'CONNOR, and JUSTICE BREYER took no part in the consideration or decision of these petitions.

No. 05–274. MARSH & MCLENNAN COS., INC. *v.* PALMER & CAY, INC., ET AL. C. A. 11th Cir. Motion of Chamber of Commerce of the United States of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.